United States Bankruptcy Court
Eastern District of Michigan

In re:
Cheryl Jones,                                    Case No. 10-76820-SWR
                                                 Honorable Steven W. Rhodes
                                                 Chapter 13
                    Debtors.
_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of
attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

X    In the event that debtor(s) fails(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.


APPROVED

/s/ Maria Gotsis                              /s/ Melissa D. Francis, Esq
KRISPEN S. CARROLL(P49817)                    Melissa D. Francis, Esq. (P61495)
Chapter 13 Trustee                            Marrs & Terry, PLLC
719 Griswold Street                           Attorneys for Debtors
1100 Dime Building                            6553 Jackson Rd.
Detroit, MI 48226
(313) 962-5035                                Ann Arbor, MI 48103
notice@det13.com                              mandtecf@gmail.com

                                        .

**Signed on March 05, 2011**

                                              /s/ Steven Rhodes
                                              Steven Rhodes
                                              United States Bankruptcy Judge